COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:                                                    )    BK-S-22-13186-ABL
                                                          )    Chapter 11
NEWTON CONSTRUCTION LLC;                                  )
                                                          )
                                                          )    HEARING DATE: October 17, 2022
                                                          )    HEARING TIME:  1:30 PM
                Debtor.                                   )
                                                          )

**DECLARATION UNDER PENALTY OF PERJURY OF COREY B. BECK, ESQ., IN SUPPORT OF APPLICATION TO EMPLOY COREY B. BECK, ESQ., AS ATTORNEY FOR DEBTOR POSSESSION**

I, Corey B. Beck, Esq., declare under penalty of perjury the following:

1. That I am an attorney at law and member in good standing of the State Bar of Nevada, as well as the bar of the United States District Court for the Districts of Nevada.

2. That I make this Declaration Under Penalty of Perjury in support of the Debtor's Application to Employ Corey B. Beck Attorney for the Debtor in Possession.

3. Chapter 11 bankruptcy will focus on reorganizing Newton Construction LLC Construction Company which has been in business since June 1, 2018.

4. Undersigned Counsel has previously represented Newton Construction LLC in other business matters.

5. Newton Construction LLC did not owe Undersigned Counsel any attorney fees for prior legal services.

6. The Law Office of Corey B. Beck charges reasonable rates base upon the local legal community and the years of experience. The top billing rate is $400 per hour by the partner, Corey B. Beck, and a paralegal rate of $125 per hour. A true copy of the retainer agreement is attached as **Exhibit "1"**.

7. To the best of knowledge, I do not have any connection(s), (either direct or indirect), with any creditors in this case.

8. To the best of knowledge, I do not have any connection(s), (either direct or indirect), with the U.S. Trustee in this case.

9. To the best of knowledge, I do not have any connection(s), (either direct or indirect), with any employee of the U.S. Trustee in this case.

10. To the best of knowledge, I do not have any connection(s), (either direct or indirect), with ay respective attorneys and accountants in this case.

11. To the best of knowledge, I do not have any connection(s), (wither direct or indirect), with any other parties in interest in this case.

**I DECLARE UNDER PENALTY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATED this 15th day of September, 2022.

Submitted by:

COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Attorney for Debtor

2

**CERTIFICATE OF SERVICE OF DECLARATION UNDER PENALTY OF PERJURY OF COREY B. BECK, ESQ., IN SUPPORT OF APPLICATION TO EMPLOY COREY B. BECK, ESQ., AS ATTORNEY FOR DEBTOR POSSESSION**

I hereby certify that on the 15th day of September, 2022, I mailed a true and correct copy of *DECLARATION UNDER PENALTY OF PERJURY OF COREY B. BECK, ESQ., IN SUPPORT OF APPLICATION TO EMPLOY COREY B. BECK, ESQ., AS ATTORNEY FOR DEBTOR POSSESSION*, email, electronic filing, via first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows and on attached mailing matrix.

/s/ LUCY BUCHANAN
_____
An Employee of
The Law Office of Corey B. Beck, P.C.

```
Label Matrix for local noticing          Ally Bank, c/o AIS Portfolio Services, LLC    NEWTON CONSTRUCTION LLC
0978-2                                    4515 N Santa Fe Ave. Dept. APS                3465 W. LAKE MEAD BLVD.
Case 22-13186-abl                         Oklahoma City, OK 73118-7901                  NORTH LAS VEGAS, NV 89032-4903
District of Nevada
Las Vegas
Thu Sep 15 16:01:28 PDT 2022

United States Bankruptcy Court            Ally                                          American Express
300 Las Vegas Blvd., South                Acct No 228064384969                          Acct No 4-31003
Las Vegas, NV 89101-5833                  PO Box 380902                                 PO Box 105525
                                          Minneapolis, MN 55438-0902                    Los Angeles, CA 90096-0001


Balboa Capital                            (p)JPMORGAN CHASE BANK  N A                   Department of Justice
Acct No 347390-000                        BANKRUPTCY MAIL INTAKE TEAM                   Office of the U.S. Trustee
575 Anton Blvd 12th Floor                 700 KANSAS LANE FLOOR 01                      600 Las Vegas Blvd.
Costa Mesa, CA 92626-7685                 MONROE LA 71203-4774                          Las Vegas, NV 89101-0250


Department of Motor Vehicles              ENOD Capital                                  Envision Capital Group
Records Section                           Acct No 83-0800257                            Acct No D61020SK1-C01
555 Wright Way                            1202 Avenue U Ste 115                         23422 Mill Creek Drive Suite 200
Carson City, NV 89711-0250                Brooklyn, NY 11229-4107                       Laguna Hills, CA 92653-7923


Fox Trot Electric                         FundWorks                                     Internal Revenue Service
Acct No 83-0800257                        Acct No 83-0800257                            Stop 5028
5175 W. Diablo Ste 106                    5990 Sepuleda Blvd. #310                      110 City Parkway
Las Vegas, NV 89118-6073                  Van Nuys, CA 91411-2523                       Las Vegas, NV 89106-6085


J&SH Family LP                            Kalamata Capital Group, LLC                   Min Yu
6120 S. Torrey Pines Drive                Acct No 83-0800257                            8512 Crest Hill Ave
Las Vegas, NV 89118-3209                  80 Broad St. Suite 1210                       Las Vegas, NV 89145-4842
                                          New York, NY 10004-2800


Mulligan Funding LLC                      Nevada Department of Taxation                 Nevada Labor Commissioner
Acct No 83-0800257                        555 E. Washington Avenue                      3300 W. Sahara Ave Ste. 225
4715 View Ridge Ave. Suite 100            Suite 1300                                    Las Vegas, NV 89102-3220
San Diego, CA 92123-1628                  Bankruptcy Section
                                          Las Vegas, NV 89101-1046


NewCo Capital Group                       (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR Pinnacle Business Funding LLC
Acct No 83-0800257                        3801 AUTOMATION WAY                           Acct No 83-0800257
90 Broad Street                           STE 207                                       1777 Reistertown Road Suite 390
New York, NY 10004-2205                   FORT COLLINS CO 80525-5735                    Pikesville, MD 21208-1421


Protrade Credit Services                  U.S. Bank Equipment Finance                   U.S. TRUSTEE - LV - 11
Acct No 66544                             13010 SW 68th Pkwy #100                       300 LAS VEGAS BOULEVARD S.
PO Box 105525                             Portland, OR 97223-9621                       SUITE 4300
Atlanta, GA 30348-5525                                                                  LAS VEGAS, NV 89101-5803


COREY B. BECK                             JEANETTE E. MCPHERSON
LAW OFFICE OF COREY B. BECK P.C.          FOX ROTHSCHILD LLP
425 SOUTH 6TH STREET                      1980 FESTIVAL PLAZA DRIVE
LAS VEGAS, NV 89101-6915                  SUITE 700
                                          LAS VEGAS, NV 89135-2961
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Ink
Acct No xxxx-xxxx-xxxx-1988
PO Box 6294
Carol Stream, IL 60197

(d)Chase Ink
Acct No xxxx-xxxx-xxxx-9754
PO Box 6294
Carol Stream, IL 60197

Pawnee Leasing Corporation
Acct No 378796
3801 Automation Way #207
Fort Collins, CO 80525

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28